FILE COPY

*Judge Pauley*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN EXPRESS PUBLISHING CORPORATION, </br></br> Plaintiff, </br></br> v. </br></br> CSMJ, INC. </br></br> Defendant. | 08 CV 3396 </br></br> Civil Action No. </br></br></br> **RULE 7.1 DISCLOSURE STATEMENT** </br></br> RECEIVED </br> APR 07 2008 </br> U.S.D.C. S.D.N.Y. </br> CASHIERS |

Plaintiff American Express Publishing Corporation ("AXP"), by its attorneys Greenberg Traurig, LLP, and in accordance with Federal Rule of Civil Procedure 7.1, states as follows:

1. AXP is a wholly-owned subsidiary of American Express Travel Related Services Company, Inc., which in turn is a wholly-owned subsidiary of American Express Company ("AEC").

2. AEC is a publicly-traded company, and has no parent corporation. Berkshire Hathaway, Inc., a publicly-traded company, together with its subsidiaries and affiliates, owns approximately 11% of the stock of AEC.

Respectfully submitted,

*/s/ Louis Smith*
Louis Smith (LS 8851)
GREENBERG TRAURIG, LLP
MetLife Building, 200 Park Avenue
New York, New York 10166
(212) 801-9200
(212) 801-6400 (fax)

Attorneys for Plaintiff American Express Publishing Corporation

Dated: April 4, 2008