UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMERICAN EXPRESS PUBLISHING CORPORATION, | ) ) ) | Civil Action No. 08 cv 3396 (WHP) |
| Plaintiff, | ) ) | |
| v. | ) ) | **REQUEST TO ENTER DEFAULT** |
| CSMJ, INC. | ) ) | **OF DEFENDANT CSMJ, INC.** |
| Defendant. | ) ) ) | |

TO:   J. MICHAEL MCMAHON, CLERK
      UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK

Please enter the default of defendant CSMJ, Inc. pursuant to Rule 55(a) of the

Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-

captioned action as fully appears from the court file herein and from the attached

declaration of Louis Smith, Esq.

Dated: May 5, 2008

GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
(212) 801-9200

Louis Smith (LS 8851)
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMERICAN EXPRESS PUBLISHING CORPORATION, | ) ) ) | Civil Action No. 08 cv 3396 (WHP) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CSMJ, INC. | ) ) ) ) | **DECLARATION IN SUPPORT OF REQUEST FOR DEFAULT OF DEFENDANT CSMJ, INC.** |
| Defendant. | ) ) ) | |

LOUIS SMITH hereby declares under penalty of perjury as follows:

1.      I am a shareholder with Greenberg Traurig, LLP, counsel for plaintiff American Express Publishing Corporation in the above-captioned matter.  I have personal knowledge of the facts set forth herein.

2.      This action was commenced with the filing of the Complaint on April 7, 2008.

3.      Per the proof of service,  a copy of which is attached hereto as Exhibit A and which was previously filed on April 17, 2008, defendant CSMJ, Inc. was served on April 9, 2008, by delivering the summons and complaint in this matter to defendant's agent who is authorized to accept service of process.

4.      The time within which CSMJ, Inc. may answer or otherwise move with respect to the complaint herein has expired; said defendant has not answered or otherwise moved with respect to the complaint, and the time for defendant to do so has not been extended.

5.      To the best of my knowledge, information and belief, said defendant is not an infant or incompetent and is not presently in the military service of the United States.

6.     Wherefore, plaintiff American Express Publishing Corporation requests that the default of defendant CSMJ, Inc. be noted and entered upon the docket.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

_____
LOUIS SMITH

Dated: May 5, 2008

EXHIBIT "A"

| *Attorney or Party without Attorney:*<br>LOUIS SMITH, Bar #LS8851<br>GREENBERG TRAURIG LLP<br>200 PARK AVENUE<br>METLIFE BUILDING<br>NEW YORK, NY 10166<br>*Telephone No:* 212-801-9200     *FAX No:* 212-801-6400 | *For Court Use Only* |
|---|---|

| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court, Southern District Of New York

*Plaintiff:* AMERICAN EXPRESS PUBLISHING CORPORATION
*Defendant:* CSMJ, INC.

| **PROOF OF SERVICE**<br>**SUMMS IN CIV. ACTION** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV3396 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; RULE 7.1 DISCLOSURE STATEMENT

*3. a. Party served:*            CSMJ, INC.
  *b. Person served:*        BRIAN FARROW, AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

*4. Address where the party was served:*        4225 EXECUTIVE SQUARE
      #280
      LA JOLLA, CA 92037

*5. I served the party:*
  **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 09, 2008 (2) at: 3:54PM

*7. Person Who Served Papers:*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
  a. MARQUES COMPTON                          d. *The Fee for Service was:*

  **First Legal Support Services** SM                    e. I am: (3) registered California process server
    ATTORNEY SERVICES                                   *(i)* Independent Contractor
    1511 BEVERLY BOULEVARD                              *(ii) Registration No.:*        1405
    Los Angeles, CA 90026                               *(iii) County:*        San Diego
    (213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

  Date: Thu, Apr. 10, 2008

Judicial Council Form                          PROOF OF SERVICE                          (MARQUES COMPTON)
Rule 982.9.(a)&(b) Rev January 1, 2007        SUMMS IN CIV. ACTION                                        *4064508.lousm.125282*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

American Express Publishing Corporation

**SUMMONS IN A CIVIL ACTION**

V.

CSMJ, Inc.

CASE NUMBER:  O8 CV 3396

TO: (Name and address of Defendant)

CSMJ, Inc.
Brian E. Farrow -- Agent for service of Process
4275 Executive Square, STE 800
La Jolla, CA 92037

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Louis Smith
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 0 7 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          *Signature of Server*


                                 _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

AMERICAN EXPRESS PUBLISHING
CORPORATION,                          )
                                      )   Civil Action No. 08 cv 3396 (WHP)
                                      )
                           Plaintiff, )
                                      )
            v.                        )
                                      )
                                      )   **CLERK'S CERTIFICATE OF**
CSMJ, INC.                            )   **DEFAULT OF CSMJ, INC.**
                                      )
                           Defendant. )
                                      )

I, J. Michael McMahon, Clerk of Court of the United States District Court for the

Southern District of New York, do hereby certify that this action was commenced on

April 7, 2008 with the filing of a summons and complaint; a copy of the summons and

complaint were served on CSMJ, Inc. on April 9, 2008, by personally delivering those

documents to Brian Farrow, who is authorized to accept service for CSMJ, Inc.; and that

plaintiff filed a proof of service on April 17, 2008.

I further certify that the docket entries indicate that the defendant has not filed an

answer or otherwise moved with respect to the complaint herein. The default of

defendant CSMJ, Inc. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil

Procedure.

Dated: New York, New York

     May 5    , 2008

J. MICHAEL MCMAHON

Clerk of Court

By: _____

Deputy Clerk