UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN EXPRESS PUBLISHING CORPORATION,<br><br>                Plaintiff,<br>v.<br><br>CSMJ, INC.<br><br>                Defendant. | Civil Action No. 08 cv 3396 (WHP)<br><br>**DECLARATION OF MICHAEL G. GIUSEFFI IN SUPPORT OF JUDGMENT <u>BY DEFAULT</u>** |

MICHAEL G. GIUSEFFI hereby declares as follows:

1. I am Senior Manager, Credit and Collections, for American Express Publishing Corporation ("AmEx"). I am familiar with the facts set forth herein and submit this declaration in support of plaintiff's application for judgment by default.

2. Pursuant to agreements between AmEx and CSMJ, Inc. ("CSMJ"), AmEx provided services for CSMJ and issued invoices to CSMJ related to those services.

3. CSMJ owes AmEx $249,000 pursuant to an invoice issued by AmEx to CSMJ dated December 5, 2006, which required payment within thirty days of the date of the invoice.

4. CSMJ further owes AmEx an additional $6,176.00 pursuant to an invoice issued by AmEx to CSMJ dated June 14, 2007, which also was due thirty days from the date of the invoice.

5. Thus, the total principal amount owed by CSMJ to AmEx is $255,176.00.

2

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

*[signature]*
MICHAEL G. GIUSEFFI

Dated: New York, NY
May 7, 2008