UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
AMERICAN EXPRESS PUBLISHING          :
CORPORATION,
                                     :
            Plaintiff,                  08 Civ. 3396 (WHP)
                                     :
    -against-                           ORDER
                                     :
CSMJ, INC.,
                                     :
            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       The Clerk of the Court is directed to strike the motion for default judgment filed in this action (Docket No. 6).

Dated:    May 21, 2008
          New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copy Mailed to*:

Louis Smith, Esq.
Greenberg Traurig LLP
The MetLife Building
200 Park Avenue
New York, NY 10166
*Counsel for Plaintiff*