UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AMERICAN EXPRESS PUBLISHING                   :
CORPORATION,
                                              :

                         Plaintiff,           :        08 Civ. 3396 (WHP)

                                              :
            -against-                                   SCHEDULING ORDER NO. 1

                                              :
CSMJ, INC.,
                                              :

                         Defendant.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Plaintiff is directed to file and serve its motion for default judgment by July 11,

2008.

Dated:      June 26, 2008
            New York, New York


                                   SO ORDERED:



                                   _____
                                   WILLIAM H. PAULEY III
                                   U.S.D.J.


*Counsel of Record:*

Louis Smith, Esq.
Greenberg Traurig LLP
The MetLife Building
200 Park Avenue
New York, NY 10166
*Counsel for Plaintiff*