USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMERICAN EXPRESS PUBLISHING CORPORATION, | ) ) ) | Civil Action No. 08 cv 3396 (WHP) |
| Plaintiff, | ) ) | |
| v. | ) ) | **DEFAULT JUDGMENT** |
| CSMJ, INC. | ) ) ) | |
| Defendant. | ) ) | |

This action having commenced on April 7, 2008, by the filing of the Summons and Complaint by plaintiff American Express Publishing Corporation; and a copy of the Summons and Complaint having been personally served on the defendant CSMJ, Inc., on April 9, 2008, by personal service on Brian Farrow, who is authorized to accept service for defendant; and a proof of service having been filed on April 17, 2008; and the defendant not having answered the Complaint, and the time for answering the Complaint having expired; and the Clerk having entered defendant's default pursuant to Federal Rule of Civil Procedure 55(a) on May 5, 2008;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff American Express Publishing Corporation's motion for default judgment be, and hereby is, granted in its entirety; and it is further

ORDERED, ADJUDGED AND DECREED that judgment in favor of plaintiff American Express Publishing Corporation and against defendant CSMJ, Inc. be, and hereby is, in the liquidated principal amount of $255,000.00, with pre-judgment interest at 9% running from January 5, 2007, with regard to $249,000.00 of that principal and running from July 16, 2007, with regard to $6,000.00 of that principal, amounting to total

pre-judgment interest of $34,540.00, and that plaintiff further be awarded costs and disbursements totaling $617.00; and it is further

ORDERED, ADJUDGED AND DECREED that judgment be, and hereby is, entered in favor of plaintiff American Express Publishing Corporation and against defendant CSMJ, Inc. in the total amount of $290,157.00; and it is further

ORDERED, ADJUDGED AND DECREED that post-judgment interest shall begin to run from the date of entry of this judgment.

Dated: New York, New York
       July  18 , 2008

                                         _____
                                         WILLIAM H. PAULEY, III, U.S.D.J.